# Exhibit 4

*1053117005*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUL 25 2023

RICK WARREN
COURT CLERK

IN THE DISTRICT COURT OF
OKLAHOMA COUNTY, STATE OF OKLAHOMA

| | |
|---|---|
| JOHN DOE, Individually, and on behalf of all others similarly situated, ) ) ) ) Plaintiff ) ) v. ) ) INTEGRIS HEALTH, INC., ) ) Defendant. ) ) ) ) | Case No.: CJ-23-3801 Attorney Lien Claimed |

## [PROPOSED] ORDER

Before the Court is Plaintiff's request for Permission to Proceed Under a Pseudonym.

For good cause shown, the Court does hereby grant Plaintiff's Motion for Permission to Proceed Under a Pseudonym.

Entered this 25 day of July, 2023.

_____
Hon. Brent C. Dishman