IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN DOE,<br>individually and on behalf of all others<br>similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>INTEGRIS HEALTH, INC.,<br><br>                Defendant. | NO.  CIV-23-0728-HE |

## **ORDER**

The parties' joint motion to stay proceedings pending disposition of plaintiff's anticipated motion to remand and for entry of briefing schedule [Doc. #16] is **GRANTED** as follows:   1) plaintiff shall file his motion to remand not later than **September 15, 2023**; 2) defendant shall file its response to plaintiff's motion to remand not later than **October 15, 2023**; 3) plaintiff's reply to his motion to remand is due not later than **October 29, 2023**; 4) this proceeding is **STAYED** pending disposition of plaintiff's motion to remand; and 5) in the event the court denies plaintiff's motion to remand defendant is directed to file its answer or other responsive pleading to plaintiff's complaint within **thirty (30) days** from the date the court enters an order denying remand.

**IT IS SO ORDERED**.

Dated this 11th day of September, 2023.

                        JOE HEATON
                        UNITED STATES DISTRICT JUDGE